UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
CHRISTIAN SANCHEZ, :
:
                Plaintiff, :
:     20-cv-10981 (VSB)
       -against- :
:     **ORDER**
ELITESINGLES LLC, :
:
                Defendant. :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/8/2021__

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 8, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge